# EXHIBIT D

**U.S. Patent No. 9,505,343 v. American Honda Motor Co., Inc.**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]    A control system for a vehicle, the control system comprising: | American Honda Motor Co., Inc. ("Honda") makes, uses, sells, and/or offers to sell a control system for a vehicle. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Honda provides the AcuraWatch 360 system ("a control system"), a driver-assistance system for its Acura MDX vehicle ("for a vehicle"). The AcuraWatch 360 system includes an Active Lane Change Assist functionality that automatically controls steering and adjusts vehicle speed to perform a lane change maneuver when the driver engages and holds the turn signal lever of the vehicle until a single tone is heard, corresponding to a partially actuated position, while having both Adaptive Cruise Control (ACC) and the Lane Keeping Assist System (LKAS) turned on. |
| | Under normal driving conditions, the vehicle is operated manually by the driver. Upon the driver's indication of a lane change using the turn signal lever partway, the AcuraWatch 360 system activates the Active Lane Change Assist functionality and evaluates the surrounding environment using onboard sensors. If conditions are suitable, the AcuraWatch 360 system temporarily takes control of specific vehicle operations, including steering and speed, to perform the lane change. Once the maneuver is completed, control of the vehicle is returned to the driver. |

2

**April 5, 2024**

- AcuraWatch™ 360 is Acura's new more Advanced Driver Assistance System (ADAS) with Active Lane Change Assist, Lane Change Collision Mitigation and Front Cross Traffic Warning
- Introduces more advanced driver-assistive capabilities thanks to additional radars, a higher-fidelity front camera and new front millimeter wave radar
- AcuraWatch™ 360 suite of safety and driver-assistive technologies debuts on the 2025 Acura MDX Type S with Advance Package, the performance brand's flagship

Cutting-edge active and passive safety performance is as much a part of the Acura commitment to Precision Crafted Performance as horsepower and handling, and this includes the continued advancement of the AcuraWatch™ suite of safety and driver-assistive technologies, which is standard equipment on every Acura sedan and SUV.

for a vehicle                      control system

With the arrival of the new 2025 MDX Type S with Advance Package, Acura introduces a new more advanced AcuraWatch™ 360 suite of safety and driver-assistive technologies. Standard on the performance brand's flagship SUV, AcuraWatch™ 360 introduces multiple new driver assistance features and capabilities that utilize additional cameras and millimeter wave radar to enhance safety performance, including Active Lane Change Assist, Lane Change Collision Mitigation and Front Cross Traffic Warning. The standard AcuraWatch™ suite of safety and driver assistive technologies has also been updated for enhanced safety performance.

Source:        https://hondanews.com/en-US/releases/release-586274b0bfc5b304244d57c2fe02accb-acurawatch-360
(annotated)

**What's New (MDX Type S with Advance Package):**

- 31-speaker (+6) Bang & Olufsen luxury audio system
- AcuraWatch™ 360 system adds Front Cross Traffic Warning[7], Lane Change Collision Mitigation and Active Lane Change Assist
- Redesigned front seats with Ultrasuede bolsters and Type S logo embossed on head restraints
- Redesigned 21-inch wheels with machined face and Berlina Black accents
- Front fascia with redesigned bumper and frameless Diamond Pentagon grille
- New available color: Urban Gray Pearl

Source:   https://acuranews.com/en-US/releases/the-best-gets-better-2025-acura-mdx-receives-bolder-styling-enhanced-tech-and-bang-olufsen-audio

3

## Active Lane Change Assist

While driving with Adaptive Cruise Control (ACC) with Low Speed follow and the Lane Keeping Assist System (LKAS) activated and when certain conditions are satisfied on an expressway, when the driver puts on the turn signal, the system assists with steering for the lane change.

Source:
https://global.honda/en/tech/Omnidirectional_safety_and_driver_assistive_technologies_Honda_SENSING_360/

4



For the Active Lane Change Assist to be activated, the system has to recognize that the vehicle is being driven on a regular lane of an expressway while having both Adaptive Cruise Control (ACC) and the Lane Keeping Assist System (LKAS) turned on. When the driver lightly pulls the turn signal lever a single tone is heard, indicating that the system has determined the driver requested a lane change based on the Active Lane Change Assist function and provides steering assist after checking the vehicle's surroundings.

Source: https://global.honda/en/tech/Active_Lane_Change_Assist_ALCA/



Source: https://www.youtube.com/watch?v=-Sy0eT9rX5A, at 2:35 (annotated)

### ■ How to operate the system



Always make sure to visually confirm the safety of a lane change before changing lanes, and maintain a safe distance between your vehicle and vehicles around you.

When the Active Lane Change Assist indicator (white) is lit up, hold the turn signal lever in the (B) position until the beeper sounds.
▶ The Active Lane Change Assist indicator (green) comes on, and the system activates.
▶ If the beeper sounds three times, the system does not activate.

Source: https://cdn.dealereprocess.org/cdn/servicemanuals/acura/2025-mdx.pdf, Page560

7



**The driver Holds it until the single tone comes on.**

Source: https://global.honda/en/tech/Active_Lane_Change_Assist_ALCA/

8



Active Lane Change Assist temporarily takes control of specific vehicle operations, including steering and speed, to perform the lane change

When the driver requests a lane change by putting on the turn signal, the system uses the camera and radars to check the vehicle's surroundings and determines whether a lane change can be made safely. If the system determines it is possible, it begins assisting the driver with steering operation. Once the lane change is completed, the Lane Keeping Assistance System (LKAS) gets re-activated, and the system assists the driver with steering to keep the vehicle near the middle of the lane.

Source: https://global.honda/en/tech/Active_Lane_Change_Assist_ALCA/(annotated)



the system  assists with steering for the lane change.

Source: https://www.youtube.com/watch?v=-Sy0eT9rX5A, at 2:47

Further, to the extent this element is performed at least in part by Honda's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Honda.

| [1.1]   an automatic control for controlling an | Honda provides the control system comprising, an automatic control for controlling an operation of the vehicle. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

10

| operation of the vehicle; and | For example, the AcuraWatch 360 provides the Active Lane Change Assist functionality, which operates when both Lane Keeping Assist System (LKAS) and Adaptive Cruise Control (ACC) are activated in the vehicle. The Lane Keeping Assist System detects lane markings and the vehicle's position within the lane using the vehicle's onboard sensors, while Adaptive Cruise Control manages vehicle speed and following distance using radar sensors. Together, these systems enable Active Lane Change Assist to take automatic control over driving tasks, such as steering and speed, to perform the lane change maneuver ("for controlling an operation of the vehicle"). |



Active Lane Change Assist operates only when both Lane Keeping Assist System (LKAS) and Active Cruise Control (ACC) are activated

For the Active Lane Change Assist to be activated, the system has to recognize that the vehicle is being driven on a regular lane of an expressway while having both Adaptive Cruise Control (ACC) and the Lane Keeping Assist System (LKAS) turned on. When the driver lightly pulls the turn signal lever a single tone is heard, indicating that the system has determined the driver requested a lane change based on the Active Lane Change Assist function and provides steering assist after checking the vehicle's surroundings.

Source: https://global.honda/en/tech/Active_Lane_Change_Assist_ALCA/ (annotated)

12

**Active Lane Change Assist**

While driving with Adaptive Cruise Control (ACC) with Low Speed follow and the Lane Keeping Assist System (LKAS) activated and when certain conditions are satisfied on an expressway, when the driver puts on the turn signal, the system assists with steering for the lane change.

Source: https://global.honda/en/tech/Omnidirectional_safety_and_driver_assistive_technologies_Honda_SENSING_360/

13

<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=-Sy0eT9rX5A, at 2:47 (annotated)

Further, to the extent this element is performed at least in part by Honda's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Honda.

</td>
</tr>
<tr>
<td>[1.2]<br>a lever having a first end, a</td>
<td>Honda provides the control system comprising, a lever having a first end, a second end, and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever.</td>
</tr>
</table>

14

| second end, and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Acura MDX equipped with the AcuraWatch 360 system includes a physical turn signal lever located on the steering column. The turn signal lever has two ends, with one end ("first end") fixed to the steering column and the opposite end ("second end") forming a grip portion, and a lever body extending between the fixed end and the grip end ("a body extending between the first end and the second end"). The lever is mounted on a pivoting base that allows upward and downward movement, enabling the driver to push and hold the lever partway in either the upward or downward direction to indicate an intended lane change ("the lever comprises a turn signal lever").<br><br>During normal driving, the Active Lane Change Assist functionality remains inactive, and the driver retains full control of the vehicle. When both Lane Keeping Assist System (LKAS) and Adaptive Cruise Control (ACC) are activated in the vehicle, the driver intentionally holds the turn signal lever in a partially actuated position to indicate a right or left direction until a beep is heard. The AcuraWatch 360 system interprets this input as a request to initiate a lane change and activates the Active Lane Change Assist functionality. Upon determining that road and traffic conditions are suitable, the AcuraWatch 360 system automatically performs the lane change maneuver by controlling steering and vehicle speed without requiring the driver's manual steering or speed input. Accordingly, operating the turn signal lever partway causes the Active Lane Change Assist functionality to transition from an off state to an on state ("the lever is selectively operable to turn the automatic control from an off state to an on state"). |

15



# Turn Signals ➡ P.189

Turn Signal Control Lever — the lever comprises a turn signal lever

second end

a body extending between the first end and second end

first end

Source: https://cdn.dealereprocess.org/cdn/servicemanuals/acura/2025-mdx.pdf, Page 16 (annotated)

16

# Active Lane Change Assist* ▶P. 558

Assists with steering when you operate the turn signal lever to change lanes on freeways.

Source: https://cdn.dealereprocess.org/cdn/servicemanuals/acura/2025-mdx.pdf, Page 28

17



Source: https://www.youtube.com/watch?v=-Sy0eT9rX5A, at 2:35 (annotated)

18

### ■ How to operate the system



(B)
(B)

Always make sure to visually confirm the safety of a lane change before changing lanes, and maintain a safe distance between your vehicle and vehicles around you.

When the Active Lane Change Assist indicator (white) is lit up, hold the turn signal lever in the (B) position until the beeper sounds.
  ▶ The Active Lane Change Assist indicator (green) comes on, and the system activates.
  ▶ If the beeper sounds three times, the system does not activate.

lever is selectively operable to turn the automatic control from an off state to an on state

Source: https://cdn.dealereprocess.org/cdn/servicemanuals/acura/2025-mdx.pdf, Page 560 (annotated)

19



the driver activates the Active Lane change assist functionality using turn signal lever

For the Active Lane Change Assist to be activated, the system has to recognize that the vehicle is being driven on a regular lane of an expressway while having both Adaptive Cruise Control (ACC) and the Lane Keeping Assist System (LKAS) turned on. When the driver lightly pulls the turn signal lever a single tone is heard, indicating that the system has determined the driver requested a lane change based on the Active Lane Change Assist function and provides steering assist after checking the vehicle's surroundings.

Source: https://global.honda/en/tech/Active_Lane_Change_Assist_ALCA/ (annotated)

Further, to the extent this element is performed at least in part by Honda's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Honda.

| [1.3] wherein when the automatic control is in the off state, manual control is | Honda provides the control system comprising, a lever selectively operable to turn the automatic control from an off state to an on state, wherein when the automatic control is in the off state, manual control is required for the operation of the vehicle and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

20

| | |
|---|---|
| required for the operation of the vehicle; and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle. | For example, during normal driving, when the Active Lane Change Assist functionality is not activated ("when the automatic control is in the off state"), the vehicle operates under the driver's control. In this condition, the driver performs all driving actions, including steering, acceleration, braking, and manually operating the turn signal indicator upwards to indicate right or downwards to indicate left direction when performing lane changes ("manual control is required for the operation of the vehicle"). |
| | When the driver intends to use the Active Lane Change Assist functionality ("when the automatic control is in the on state"), the driver first activates Active Cruise Control (ACC) and the Lane Keeping Assist System (LKAS), which makes the Active Lane Change Assist functionality available. The driver then indicates the desired lane change direction by pulling and holding the turn signal lever partway in either the upward or downward direction to activate the Active Lane Change Assist functionality. The AcuraWatch 360 system then evaluates surrounding traffic and road conditions using the vehicle's onboard sensors. If the conditions are suitable, the AcuraWatch 360 system temporarily takes over the driving tasks required for the lane change, including steering and vehicle speed control. During the maneuver, the AcuraWatch 360 automatically controls steering and adjusts vehicle speed to move the vehicle into the adjacent lane ("automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle"). After the lane change is completed, the automated control ends, and driving control returns to the driver. |

## ■ When the System can be Used

Active Lane Change Assist operates under the following conditions.
- Lane Keeping Assist System (LKAS) and Adaptive Cruise Control (ACC) with Low Speed Follow are active.
- You are driving on freeways separated into two or more lanes on one side of the road.
- The driver is gripping the steering wheel.
- Your vehicle is moving at around 50 mph (80 km/h) or higher.
- You are entering a lane with no vehicles behind or in front of you.
- The boundary of the lane you are changing to is marked with dashed lines.
- You are driving on a straight or slightly curved road.

Source: https://cdn.dealereprocess.org/cdn/servicemanuals/acura/2025-mdx.pdf, Page 560

### ■ How to operate the system



Always make sure to visually confirm the safety of a lane change before changing lanes, and maintain a safe distance between your vehicle and vehicles around you.

When the Active Lane Change Assist indicator (white) is lit up, hold the turn signal lever in the (B) position until the beeper sounds.

▶ The Active Lane Change Assist indicator (green) comes on, and the system activates.

▶ If the beeper sounds three times, the system does not activate. automatic control is in the off state

Source: https://cdn.dealereprocess.org/cdn/servicemanuals/acura/2025-mdx.pdf, Page 560 (annotated)

23



**The driver Holds it until the single tone comes on.**

driver holds the turn signal lever partway to activate the Active Lane Change Assist indicate the direction for lane change ("when the automatic control is in the on state")

Source: https://global.honda/en/tech/Active_Lane_Change_Assist_ALCA/ (annotated)

24



the Active Lane Change Assist performs automatic lane change by steering the steering wheel to the left direction ("the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle")

the system assists with steering for the lane change.

Source: https://www.youtube.com/watch?v=-Sy0eT9rX5A, at 2:47 (annotated)

25



When the driver requests a lane change by putting on the turn signal, the system uses the camera and radars to check the vehicle's surroundings and determines whether a lane change can be made safely. If the system determines it is possible, it begins assisting the driver with steering operation. Once the lane change is completed, the Lane Keeping Assistance System (LKAS) gets re-activated, and the system assists the driver with steering to keep the vehicle near the middle of the lane.

Source: https://global.honda/en/tech/Active_Lane_Change_Assist_ALCA/

Further, to the extent this element is performed at least in part by Honda's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Honda.

26

## 2. List of References

1. https://hondanews.com/en-US/releases/release-586274b0bfc5b304244d57c2fe02accb-acurawatch-360, last accessed on 9th April 2026.

2. https://acuranews.com/en-US/releases/the-best-gets-better-2025-acura-mdx-receives-bolder-styling-enhanced-tech-and-bang-olufsen-audio, last accessed on 9th April 2026.

3. https://global.honda/en/tech/Omnidirectional_safety_and_driver_assistive_technologies_Honda_SENSING_360/, last accessed on 9th April 2026.

4. https://global.honda/en/tech/Active_Lane_Change_Assist_ALCA/, last accessed on 9th April 2026.

5. https://www.youtube.com/watch?v=-Sy0eT9rX5A, last accessed on 9th April 2026.

6. https://cdn.dealereprocess.org/cdn/servicemanuals/acura/2025-mdx.pdf, last accessed on 9th April 2026.