**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **WYOMING TECHNOLOGY LICENSING, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 3:26-cv-01371-X** |
| **AMERICAN HONDA MOTOR CO., INC.,** | § § § | |
| **Defendant.** | § § § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant American Honda Motor Co., Inc. files this Notice of Appearance of Counsel and hereby notify the Court that Megan LaDriere White of the law firm Baker Botts, LLP, 2001 Ross Avenue, Suite 900, Dallas, Texas 75201 is appearing as counsel for Defendant American Honda Motor Co, Inc..  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: May 18, 2026

Respectfully submitted,

*/s/ Megan LaDriere White*
Megan LaDriere White
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Tel: (214) 953-6500
megan.white@bakerbotts.com

*Attorneys for Defendant American Honda Motor Co, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 18th day of May, 2026 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Megan LaDriere White*
Megan LaDriere White