**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **WYOMING TECHNOLOGY LICENSING, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 3:26-cv-01371-X** |
| **AMERICAN HONDA MOTOR CO., INC.,** | § § § | |
| **Defendant.** | § § § | |

**JOINT STIPULATION AND AGREED MOTION FOR EXTENTION OF TIME
REGARDING DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED
COMPLAINT**

Plaintiff Wyoming Technology Licensing, LLC ("Plaintiff" or "Wyoming") and Defendant American Honda Motor Co., Inc. ("Defendant" or "AHM") (collectively, the "Parties") respectfully submit this Joint Stipulation and Agreed Motion for Extension of Time regarding Defendant's timeline to answer or otherwise respond to Plaintiff's anticipated First Amended Complaint. Accordingly, the Parties HEREBY STIPULATE AND AGREE as follows:

(a)   Plaintiff filed its Original Complaint on April 28, 2026.

(b)   This Court ordered Plaintiff to file an amended complaint no later than June 9, 2026;

(c)   Plaintiff anticipates filing an amended complaint no later than June 9, 2026;

(d)   Defendant AHM, therefore, need not answer or otherwise respond to Plaintiff's Original Complaint;

(e)   The Parties agree to an extension for AHM's response to Plaintiff's First Amended Complaint, and thus AHM need not answer or otherwise respond to Plaintiff's anticipated First Amended Complaint until on or before Monday, July 27, 2026; and

(f)    In entering into this stipulation, the Parties reserve all rights, claims, and defenses otherwise available to them, including the right to move to amend, or seek relief from, this stipulation.

For these reasons, the parties respectfully request that the Court approve this Joint Stipulation and Agreed Motion and extend AHM's deadline to answer or otherwise respond to Plaintiff's complaint until July 27, 2026.

Dated: May 20, 2026

**DNL ZITO**
By: */s/ René A. Vazquez*
René A. Vazquez
*Pro Hac Vice*
**DNL Zito**
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
rvazquez@dnlzito.com
(703) 989-2244


Joseph J. Zito
**DNL Zito**
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
jzito@dnlzito.com
(202) 466-3500

Benjamin Deming
TX 24091778
**DNL Zito**
3232 McKinney Ave, Suite 500
Dallas, Texas 75204
214-799-1145
bdeming@dnlzito.com
**COUNSEL FOR PLAINTIFF**

**WYOMING TECHNOLOGY LICENSING, LLP**

**BAKER BOTTS L.L.P.**

By: */s/ Megan LaDriere White*
Margaret M. Welsh
margaret.welsh@bakerbotts.com
Robert L. Maier
robert.maier@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2500

Rachael D. Lamkin
BAKER BOTTS L.L.P.
101 California Steet, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
rachel.lamkin@bakerbotts.com

Megan LaDriere White
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Tel: (214) 953-6500
megan.white@bakerbotts.com
**COUNSEL FOR DEFENDANT**

**AMERICAN HONDA MOTOR CO., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, a true and correct copy of the foregoing document was served on all counsel of record via electronic mail.

*/s/ Megan LaDriere White*
Megan LaDriere White