**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

WYOMING TECH. LICENSING LLC §
      *Plaintiff* §
 §
 §
 §
      v. §  Case No. 3:26-cv-01371-X
 §
 §
AMERICAN HONDA MOTOR CO., INC. §
      *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Baker Botts L.L.P.     , with offices at

30 Rockefeller Plaza
(Street Address)

New York     NY     10112
(City)     (State)     (Zip Code)

212-408-2500     212-408-2501
(Telephone No.)     (Fax No.)

**II.**     Applicant will sign all filings with the name Robert L. Maier     .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

AMERICAN HONDA MOTOR CO., INC.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____New York_____, where Applicant regularly practices law.

Bar license number: _4123246_____    Admission date: _4/9/2003_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US Supreme Court | 12/8/2014 | Active |
| Federal Circuit | 828/2009 | Active |
| EDTX | 1/23/2014 | Active |
| SDNY/EDNY | 12/9/2003 | Active |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

 7/17/2024                 NEC Corp v. Becker Professional Development Corp 4:24-cv-00647-O

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

 Megan LaDriere White                                     , who has offices at

 2001 Ross Avenue, Suite 900
(Street Address)

 Dallas                              TX              75201
(City)                               (State)         (Zip Code)

 214-953-6500                         214-953-6503
(Telephone No.)                       (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    21    day of May                    , 2026      .

 Robert L. Maier
Printed Name of Applicant

/s/ Robert L. Maier
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.