**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**


WYOMING TECH. LICENSING LLC §
*Plaintiff* §
§
§
v. § Case No. 3:26-cv-01371-X
§
§
AMERICAN HONDA MOTOR CO., INC. §
*Defendant* §


**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)


**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Baker Botts L.L.P.                                                                 , with offices at

101 California Street, Suite 3200
(Street Address)

San Francisco                               CA                  94111
(City)                                      (State)            (Zip Code)

415-291-6200                                415-291-6300
(Telephone No.)                             (Fax No.)


**II.**    Applicant will sign all filings with the name  Rachael Lamkin                                  .


**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

AMERICAN HONDA MOTOR CO., INC.




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____California_____, where Applicant regularly practices law.

Bar license number: _246066_____    Admission date: _12/5/2006_____

For Court Use Only.
Bar Status Verified:

_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| ED Michigan | 5/31/2024 | Active |
| EDTX | 1/28/2009 | Active |
| WDTX | 3/13/2025 | Active |
| | | |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

_____        _____

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

 Megan LaDriere White _____ , who has offices at

 2001 Ross Avenue, Suite 900 _____
(Street Address)

 Dallas _____      TX_____      75201_____
(City)                                    (State)           (Zip Code)

 214-953-6500 _____      214-953-6503 _____
(Telephone No.)                                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   21   day of May_____ , 2026____ .

 Rachael Lamkin _____
Printed Name of Applicant

/s/ Rachael Lamkin
_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.